JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYMEYON V. HILL, | No. ED CV 23-605-JLS(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| VERONICA KOFFMAN, ET AL., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  November 5, 2023.

_____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE